**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7900**

_____

JOSE A. DOYHARZABAL,

                                    Plaintiff - Appellant,

        versus

FEDERAL BUREAU OF PRISONS,

                                    Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.   Margaret B. Seymour, District
Judge.   (CA-00-2995-7-24BG)

_____

Submitted:  March 14, 2002          Decided:  March 22, 2002

_____

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jose A. Doyharzabal, Appellant Pro Se.   Barbara Murcier Bowens,
OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jose A. Doyharzabal appeals the district court's order granting summary judgment to the Bureau of Prisons on his claims filed under the Privacy Act, 5 U.S.C.A. § 552a (West 1996 & Supp. 2001). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Doyharzabal v. Federal Bureau of Prisons</u>, No. CA-00-2995-7-24BG (D.S.C. Sept. 13, 2001). We grant Doyharzabal's motion for leave to amend his informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>